IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| WAYNE CHRISTENSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1511 |
| | ) | Judge Mark R. Hornak |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 9th day of December, 2013, after the Plaintiff, Wayne Christenson, filed an action in the above-captioned case seeking review of the decision of the Commissioner of Social Security denying his applications for disability insurance benefits and supplemental security income benefits, and after cross-motions for summary judgment were filed by the parties, and after a Report and Recommendation was filed by Magistrate Judge Lisa Pupo Lenihan granting the parties a period of time to file written objections thereto, with no objections having been filed, upon independent review of the record, and upon consideration of the Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by the Plaintiff [ECF No. 10] is **DENIED**.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by the Defendant [ECF No. 13] is **GRANTED**.

IT IS FURTHER ORDERED that the final decision of the Commissioner of Social Security is **AFFIRMED**.

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in FED. R. APP. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, Pa., 15219, within thirty (30) days.

Mark R. Hornak
United States District Judge

cc: Magistrate Judge Lisa Pupo Lenihan
All counsel of record